AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

DASHONE MARCEL REYNOLDS #2506344
                    *Petitioner*

v.

CRIMINAL DISTRICT COURT ORLEANS PARISH
                    *Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. **22-1580**
(Supplied by Clerk of Court)

**SECT. J MAG. 1**

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name: DASHONE MARCEL REYNOLDS
    (b) Other names you have used:
2.  Place of confinement:
    (a) Name of institution: Orleans Justice Center
    (b) Address: 3000 Perdido St

    (c) Your identification number: 2506344
3.  Are you currently being held on orders by:
    ☐ Federal authorities   ☑ State authorities   ☐ Other - explain:

4.  Are you currently:
    ☑ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
        If you are currently serving a sentence, provide:
            (a) Name and location of court that sentenced you:

            (b) Docket number of criminal case:
            (c) Date of sentencing:
    ☐ Being held on an immigration charge
    ☐ Other *(explain)*:

TENDERED FOR FILING

MAY 31 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

4. **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

5. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7. **Submitting Documents to the Court.** Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☑ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

_____

6.  Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: Criminal District Court of Orleans Parish. 2700 Tulane Ave, New Orleans, LA 70119

    (b) Docket number, case number, or opinion number: _____

    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
    Administrative Remedy: I made it clear in open court that my arrest was unconstitutional and now I'm being held in custody unlawful, as it states in Article 361. and Article 362.

    (d) Date of the decision or action: May 18, 2022

### Your Earlier Challenges of the Decision or Action

7.  **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☑ Yes          ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: Criminal District Court of Orleans Parish, Section "K"

        (2) Date of filing: May 18, 2022

        (3) Docket number, case number, or opinion number: 552-170

        (4) Result: Nothing

        (5) Date of result: N/A

        (6) Issues raised: I made it clear that I was arrested in a Unconstitutional way and that I am now being held in Custody unlawfully. And how I'm in violation of due process of law.

    (b) If you answered "No," explain why you did not appeal: _____

    _____

8.  **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?

    ☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

*N/A*

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

*N/A*

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☐ No

If "Yes," answer the following:

(a)      Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

      ☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

  (1) Name of the authority, agency, or court: _____

_____

  (2) Date of filing: _____

  (3) Docket number, case number, or opinion number: _____

  (4) Result: _____

  (5) Date of result: _____

  (6) Issues raised: _____

_____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____ *N/A* _____

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

(a) If "Yes," provide:

  (1) Name of the authority, agency, or court: _____

_____

  (2) Date of filing: _____

  (3) Docket number, case number, or opinion number: _____

  (4) Result: _____

  (5) Date of result: _____

  (6) Issues raised: _____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____ *N/A* _____

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☐ No

If "Yes," answer the following:

  (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

      ☐ Yes          ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____

_____

_____

(d)    Did you appeal the decision to the United States Court of Appeals?
       ❏ Yes                    ☑ No
       If "Yes," provide:
       (1) Name of court: _____
       (2) Date of filing: _____
       (3) Case number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

_____

_____

12.    **Other appeals**
       Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues
       raised in this petition?
       ❏ Yes                    ☑ No
       If "Yes," provide:
       (a) Kind of petition, motion, or application: _____
       (b) Name of the authority, agency, or court: _____

       (c) Date of filing: _____
       (d) Docket number, case number, or opinion number: _____
       (e) Result: _____
       (f) Date of result: _____
       (g) Issues raised: _____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1)  Date of filing:  _____

(2)  Case number:  _____

(3)  Result:  _____

(4)  Date of result:  _____

(5)  Issues raised:  _____

_____

_____

_____

_____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes                          ☑ No

If "Yes," provide:

(1)  Name of court:  _____

(2)  Date of filing:  _____

(3)  Case number:  _____

(4)  Result:  _____

(5)  Date of result:  _____

(6)  Issues raised:  _____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes                          ☑ No

If "Yes," provide:

(a)  Kind of petition, motion, or application:  _____

(b)  Name of the authority, agency, or court:  _____

_____

(c)  Date of filing:  _____

(d)  Docket number, case number, or opinion number:  _____

(e)  Result:  _____

(f)  Date of result:  _____

(g)  Issues raised:  _____

_____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** IF the Person in custody is being held not by virtue of a Court order the Court, after the hearing, shall discharge the person from custody as Justice may require.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Article 361. and Article 362.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes            ☐ No

**GROUND TWO:** Im being held in custody prior to trial in Violation of due process of law

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Article 361. and Article 362.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes            ☑ No

**GROUND THREE.**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes            ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

    (a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

    (b)  Did you present Ground Four in all appeals that were available to you?
    ❒ Yes            ☑ No

14.     If there are any grounds that you did not present in all appeals that were available to you, explain why you did
         not:

**Request for Relief**

15.  State exactly what you want the court to do:  discharge from custody and monetary relief for the pain and suffering

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes        ☑ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

**Request for Relief**

15. State exactly what you want the court to do: *discharge from custody and monetary relief for the pain and suffering*

_____

_____

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

*May 23, 2022*

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: *May 23, 2022*                 *Dashone Marcel Reynolds*

                                              *Signature of Petitioner*


_____
                    *Signature of Attorney or other authorized person, if any*

DASHUE REYNOLDS #2506344
3000 Perdido St
New Orleans, LA 70119

7013 3030 3067 0026

NEOPOST
05/26/2022
US POSTAGE $000.53⁰
FIRST-CLASS MAIL
ZIP 70119
041M11287307

U.S. District Court
500 Poydras St
Suite C-151
New Orleans, LA 70130

Name (last, first)    DOB    Folder#

_Lynette Dexter_    _2/19/1992_    _2576544_

c/o The Orleans Justice Center Indigent Mail
Location: Pod ___ - ___
3000 Perdido Street
New Orleans, LA 70119

Uncensored - OPSO
not responsible for contents